# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:16-cr-88-GZS |
| | ) | |
| MICHAEL NAGELL | ) | |


### ORDER ON MOTION IN LIMINE – RULE 609 IMPEACHMENT

In Defendant's trial brief (ECF No. 30), Defendant asks this Court to consider prohibiting the Government from impeaching the Defendant with the specific description of his prior convictions in the District of Massachusetts if Defendant chooses to testify. The Court treats Defendant's request as a Motion in Limine (ECF No. 33) and GRANTS the Motion and hereby prohibits the Government from impeaching Defendant with the specific nature of his convictions without prior notice to the Court. This pretrial ruling is made WITHOUT PREJUDICE to the Government renewing its request to impeach Defendant with the specific nature of his prior convictions based on Defendant's testimony at trial. However, the Government shall renew its request outside the presence of the jury.


SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 14th day of September, 2016.